UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United Rentals, Inc.</u>

       v.                               Civil No. 1:07-cv-086-JD

<u>Merchants Mutual Insurance Company</u>

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

November 30, 2007                                  */s/ Joseph A. DiClerico, Jr.*
                                                               Joseph A. DiClerico, Jr.
                                                               United States District Judge

cc:    Lee Stephen MacPhee, Esq.
       Robert J. Consavage , Esq.
       Scott A. Ewing, Esq.
       Gordon A. Rehnborg, Jr., Esq.